IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALAN TIPP, an individual resident of Nebraska;<br><br>    Plaintiff,<br><br>  vs.<br><br>DEION L. SANDERS, an individual resident of Texas;  PRIME TIME ENTERPRISES, INC., an Indiana Corporation; and  SMAC ENTERTAINMENT, LLC, a California Limited Liability Company;<br><br>    Defendants. | **8:25CV33**<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The parties' joint motion to extend deadlines in the final progression order is granted. Filing No. 29.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for August 25, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **October 13, 2026** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

1

2)      The deadline to file any motion to strike a party's jury demand is October 2, 2026.

3)      The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 10, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by March 24, 2026.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)      The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | May 11, 2026. |
| For the defendant(s): | June 9, 2026. |
| Plaintiff(s)' rebuttal: | June 23, 2026. |

5)      The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 27, 2026.

6)      The deadline for filing motions to dismiss and motions for summary judgment is August 24, 2026.

7)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 24, 2026.

8)      Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

9)    All other deadlines and provisions in the Court's prior final progression order, Filing No. 21, not amended herein remain unchanged.

Dated this 12th day of January, 2026.

BY THE COURT:

_s/ Jacqueline M. DeLuca_

United States Magistrate Judge